United States District Court
Middle District of Florida
Jacksonville Division

**DEJASMA MILLER,**

***Plaintiff,***

**v.** **NO. 3:26-cv-1142-JEP-PDB**

**U.S. BANK NATIONAL ASSOCIATION,**

***Defendant.***

---

# Order

The plaintiff sues her former employer for alleged violations of the Americans with Disabilities Act (ADA). Doc. 4.

In a June 26, 2026, order, the undersigned struck the plaintiff's amended complaint and ordered her to file, by July 24, 2026, a second amended complaint that complies with the pleading rules and the Local Rules. Doc. 6. The clerk mailed the order to the plaintiff. The mail has not been returned as undeliverable. Since the undersigned's order, the plaintiff has filed nothing.

"A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." Local Rule 3.10.

By **September 4, 2026**, the plaintiff must (1) show cause by separate writing why the action should not be dismissed for failure to prosecute, and (2) file a second amended complaint in accord with the June 26 order, *see* Doc. 6.

**If the plaintiff fails to timely comply with this order, the action may be dismissed for failure to prosecute and failure to comply with court orders. Considering that the time period for suing has likely passed, the dismissal likely would prevent the plaintiff from litigating the claims now and in the future.**

**Ordered** in Jacksonville, Florida, on August 17, 2026.

Patricia D. Barksdale
*United States Magistrate Judge*

c: DeJasma Miller
10540 Loyola Dr.
Jacksonville, FL 32218