United States District Court
Middle District of Florida
Jacksonville Division

**DEJASMA MILLER,**

***Plaintiff,***

**v.** **NO. 3:26-cv-1142-JEP-PDB**

**U.S. BANK NATIONAL ASSOCIATION,**

***Defendant.***

---

# Order

The plaintiff sues her former employer for alleged violations of the Americans with Disabilities Act. Doc. 8. This order addresses an outstanding order to show cause, *see* Doc. 7, and service of process.

**1.**

Considering the plaintiff's response, Doc. 9, and filing of a second amended complaint, Doc. 8, the court **discharges** the order to show cause, Doc. 7.

**2.**

By **October 22, 2026**, the plaintiff must take three actions. First, she must complete the two required forms for service of process: (1) a summons in a civil action form (AO 440) and (2) a process receipt and return form (USM-285). The forms are attached. Second, the plaintiff must deliver to the clerk's office, by hand or by U.S. Mail (300 North Hogan Street, Room 9-150, Jacksonville, FL 32202), the completed forms and a copy of the second

amended complaint. Upon receipt of the papers from the plaintiff, the clerk must issue the summons and forward the papers to the United States Marshal for service of process. Third, the plaintiff must file a disclosure statement as required by Local Rule 3.03. The required form is in the "forms" section of the court's website, www.flmd.uscourts.gov/forms/all.

When completing the forms, the plaintiff must direct the United States Marshal to serve the defendant as follows:

U.S. Bank National Association
c/o C T Corporation System
1200 South Pine Island Road
Plantation, FL 33324

The court sua sponte **extends** the deadline for service of process to allow the United States Marshal sufficient time to serve the defendant. The United States Marshal must serve on the defendant the completed summons, a copy of the second amended complaint, and this order by **December 3, 2026**.

If the plaintiff fails to timely comply with this order, the action may be dismissed, which would likely operate as a dismissal with prejudice because the statute of limitations has likely run on her claims.

**Ordered** in Jacksonville, Florida, on September 29, 2026.

Patricia D. Barksdale

Patricia D. Barksdale
*United States Magistrate Judge*

Attachments:
AO 440 form
USM-285 form

Copy to:
DeJasma Miller
10540 Loyola Dr.
Jacksonville, FL 32218